UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14250-CIV-MARTINEZ/LYNCH

TIFFANY HENDRIX,

    Plaintiff,

v.

ADAMS HOMES OF NORTHWEST FLORIDA, INC.,

    Defendant.

_____/

FILED by ___ D.C.
APR 1 3 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS [D.E. #30]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that no response has been filed in respect thereto and that the time for filing a response has expired, this Court makes the following findings:

1. The Plaintiff seeks leave to take an additional ten depositions of witnesses identified as the managers, employees and sales people.

2. The mere request and argument that these individuals are witnesses is not sufficient to justify exceeding the deposition limit provided for in the Federal Rules of Civil Procedure. If that was the case, there would be no limit.

3. The Plaintiff needs to identify the additional witnesses, which she appears to have done in paragraphs 2 and 3 of her motion, and attempt other ways, whether it be having and investigator speak with these witnesses or provide supplemental interrogatories to the Defendant, or other discovery tools to determine which witnesses must be deposed. Simply because a witness is listed as a possible witness in a case does not justify this Court entering an order permitting depositions in excess of the limit provided by the

Federal Rules of Civil Procedure. This Court only grants such relief under limited circumstances since there are many discovery tools available to litigants to obtain information which is relevant during the discovery process. This requires the litigants to be judicious in determining which witnesses need to be deposed as opposed to witnesses which the litigants "would like to depose."

It is therefore

**ORDERED AND ADJUDGED** that the motion is **DENIED**.

**DONE AND ORDERED** this ___13th___ day of April, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Joyce Ackerbaum Cox, Esq.
Daniel A. Perez, Esq.