UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14250-CIV-MARTINEZ/LYNCH

TIFFANY HENDRIX,

    Plaintiff,

v.

ADAMS HOMES OF NORTHWEST
FLORIDA, INC.,

    Defendant.
_____/

FILED by _____ D.C.

JUN - 3 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE MAGISTRATE'S ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS [D.E. #35]

**THIS CAUSE** having come on to be heard upon the aforementioned Motion For Reconsideration and this Court having reviewed the motion and the pertinent responsive pleadings in respect thereto, makes the following findings:

    1.    The Plaintiff filed this pleading entitled "Motion For Reconsideration" [D.E. #35]. This Court interprets any motion for reconsideration to be directed to the Court and the judicial officer who initially entered the Order which the party is seeking to have reconsidered. Therefore, in spite of the fact that counsel for the Plaintiff attaches an Order for Judge Martinez' signature, this Court views a motion for reconsideration to be directed to the undersigned U. S. Magistrate Judge in respect to the Order entered by this Court on April 13, 2009.

    2.    In contrast, the Plaintiff has filed another pleading [D.E. #36] in which the Plaintiff styles the pleading "Plaintiff's Objections To The Magistrate's Order On Plaintiff's Motion To Compel Discovery." Likewise, counsel for the Plaintiff attaches a proposed Order for Judge Martinez' signature. A pleading entitled "Plaintiff's Objections" is considered by this Court to be an appeal to the District Judge concerning this Court's Order, in this case, relating

to a discovery issue. Therefore, [D.E. #36] which is the Plaintiff's Objections will be ruled upon by Judge Martinez as the District Judge assigned to this case.

3. In subsequent pleadings which have been filed concerning discovery [D.E. #41], counsel for the Plaintiff keeps referring to, what this Court believes are the Plaintiff's objections, as a "pending Motion For Reconsideration." Counsel for the Plaintiff needs to be consistent in how he styles his pleadings and refers to them in subsequent pleadings and/or arguments.

4. In respect to the pending Motion For Reconsideration, the motion requests that this Court reconsider denial of the Plaintiff's request to conduct depositions in excess of the amount permitted by the Federal Rules of Civil Procedure. The arguments made by Plaintiff in the Motion For Reconsideration do not raise any new factual nor legal issues which were not considered by this Court in its previous ruling.

It is therefore

**ORDERED AND ADJUDGED** that the Motion For Reconsideration of this Court's previous Order Denying Plaintiff's Motion For Leave To Take Additional Depositions [D.E. #35] is **DENIED**.

**DONE AND ORDERED** this _2_ day of June, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
Daniel A. Perez, Esq.
Joyce Ackerbaum Cox, Esq.

2